**EXHIBIT 1**

AT&T   8:38 PM   98%

jH

> Happy New Year D. Thank you for being the best AJ in the State and for being my rock in the hard times. I hope I have made you proud when you have been attacked publicly, albeit an insignificnt little little bunch of gnats, because I treasure the effort you took when I was attacked in the past. We have seen much happiness and our share of sorrow in the past 19 years but we have always weathered the storms D. I look forward to our last year together at the

12-31-17
9:38 CST
Judge Harris → AH

AT&T 8:39 PM 98%

jH

look forward to our last year together at the 233rd, the most efficient court in Tarrant County. I hope Lori can carry that torch. Happy New Year to you and Gerald, I love you both ♥

Today 8:35 PM

Awww, my sweet sweet friend. We are with NJ tonight. Headed home in the morning. I left my car at the court to avoid the possibility that my people would use it to move to our new place. You know how I am about protecting









