**EXHIBIT 2**

Phone LTE   2:44 PM   37%

Patricia

> Jim wants to meet with you with Matt and/or me present. He does not want cell phones. Are you interested?
>
> He wants to make peace and deal with hurts and misunderstandings.

10/25/17 (Wednesday)

Today 2:00 PM

> When you have time, give me a call to talk about this. Gerald was going to call you or return your call, I don't know which. I prefer a personal visit.