10-28-17
(Saturday)

Judge Bennett, in answer to your question last week if I would meet with you/Matt and Judge Munford (without cell phones per JM request); as I said I would do, I have prayed about it and my answer is yes. I will be happy to meet JM with anyone he chooses, as many as he chooses, with all the cell phones or cameras he wants to bring. I will be alone and will not bring a cell phone or any recording device _____ initial _____ available any



**Patricia:** would do, I have prayed about it and my answer is yes. I will be happy to meet JM with anyone he chooses, as many as he chooses, with all the cell phones or cameras he wants to bring. I will be alone and will not bring a cell phone or any recording device (pursuant to his initial request). I'm available any time.

Ok

Let me ask him.