**EXHIBIT 4**



Patricia:
Are you working on Sunday? I am just leaving and saw your car.

Me:
Yes ma'am but I went to church first so as not to be considered breaking one of the commandments. I usually always work on Sunday to be organized for the week. It's quiet and I can focus better.