**EXHIBIT 5**





Patricia

Text Message
Today 8:43 AM

Come see me if you have time.

I'm meeting for Bible Study before work. Give me a call if you want to meet up after you get a bite at lunch. I have a noon conference call with a Judge then I'll be in the lunch room and after in the court all day.

10-31-17 (Tuesday)

PB → DH




Text Message   10-3-17
Today 1:43 PM   PB → DH

We all went out to lunch and just got back. I am too exhausted. Why don't we have lunch I a couple of months when it is calm and we can talk about anything else.

Ok. "Be calm, carry on" as they say, or something like that.

.ıl AT&T LTE        3:05 PM        @ ⁊ ⚡ 45% ▇

Patricia

> Ok. "Be calm, carry on" as they say, or something like that.

> I do hope you told Jim that I was willing to visit with him, if he wanted. I didn't think it appropriate for me to respond to him directly since his request was made through you. I understand your weariness, completely, though. I'm right there with you.

Jim told me he wanted to visit last week. You

10-31-17
3:05 p



Patricia

Jim told me he wanted to visit last week. You weren't sure. Then the attack piece written by James Trimm and shared by your husband. Jim was hurt. I asked Jesse how to deal with this and he suggested going to Bill and Nancy. Bill told me I would regret it if I got involved. I don't know ow if it was a threat or a warning. Nancy did not see the point. I feel you and Jim want peace.

I don't understand the

10-31-17

  

**Patricia**

> I don't understand the article attacking Terry. It alleges she said you took a bribe. That is stupid she wouldn't do that. It also puts an allegation you took a bribe out there. I know James Trim and your husband meant well but by trying to explain an allegation that never happened, they put it out there. I don't get it.
>
> Terry wouldn't say it and no one would believe you would do it

> I sure do. But, the attack  has been on me as you know

10-31-17

     

10-31-17

> **Patricia**
>
> Oakleys family has threatened a personal suit against me on that and other remarks. Gerald tried to get it handled in July, Aug and Sept through Jim and Craig. What else can we do? We didn't go looking for this evidence. If Jim truly wants peace then he should come to me and doesn't have to trouble you. As for me, I certainly am not tying to make your life harder and appreciate that you have a tender heart and want to be a peacemaker. That is a good quality.



> certainly am not trying to make your life harder and appreciate that you have a tender heart and want to be a peacemaker. That is a good quality.

> I got here at 630 and am leaving early for Trick or Treat

> That's a happy time. Please don't let the heaviness here drag you down or change you. I am praying right now that God heals this house. It looks bleak but He can do anything.