
**EXHIBIT 7**

 **Patricia Baca Bennett**
Yesterday at 12:41 PM ·



Just so you know the source of the mailers. Wayne Haddock of Haddock investments paid $50,000 to Megafund just before the mailers and TV ads appeared with the story of the woman the judge divorced 40 years ago. The photo is the "reliable source."

Gerald Haddock gave $30,000 to the gun PAC that sent the other mailer. The facts in the cases cited do not match those being told by his opponent.

One more tidbit, the "reporter" who did the interview with the anonymous source that claims to have had an affair with a married woman? That is Diane Haddock's ex husband.

Gerald Haddock is the husband of Associate Judge Diane Haddock. Her Judge **Bill Harris** agrees these ads are deceitful.

In my opinion, this is not about an independent judiciary. It is about a millionaire attempting to control the judiciary.

At least that is the talk at the beauty shop.

September 12, 2014 in **Houston, Texas**

**I HAD A CONTRACT WITH GENEVA, SWITZERLAND TO BE EUTHANIZED &&&&& I ACCEPTED PRESCRIPTION MEDICATION FROM AMERICAN DRS. TO TRY TO FEEL LIKE LIVING–/–/–/ I HAVE NOT WANTED TO DIE**


