

 **Bill Harris**
Yesterday at 9:57 PM · 👥

**EXHIBIT 9**



Diane Haddock has been my dear, trusted friend and colleague and the Associate Judge I have entrusted with cases in the 233rd District Court for 20 years. So, Tom Vick, in his capacity as the President of the State Bar of Texas, calls me last night and informs me that by an e-mail, Gerald Haddock has announced his wife's resignation as the Associate Judge of the 233rd. I have not heard one word from Diane, but Gerald's communication to Tom seems to speak volumes, yes?

👍 Like          💬 Comment

 **Alex Kim** and 50 others

 **David Wynne**
I think so!  1
11h    Like    Reply

 **Micheal Schneider**
Not the way I would end a 20 year relationship...
11h    Like    Reply                     6

Lisa Katnica Grimaldi

📷   Write a comment...          GIF  ☺

          ②   

Bill's Post

 **Lisa Katniss Grimaldi**
Agree

11h   Like   Reply

 Write a reply...

 **Spencer Nilsson**
God damn it. This isn't Tarrant County.

Its time to stop the BS politics and get everyone back to who we really are.

11h   Like   Reply                                8

 **Spencer Nilsson**
I just sent a very nasty email to James Trimm, but it still disturbs me that it will likely not affect anything. I despise politics. I despise liars. I pretty much despise everything at this point.

9h   Like   Reply                                 2

 **Kimberly Stoner**
**Spencer Nilsson** amen

 1

 Write a comment...           

   

Bill's Post

9h   Like   Reply

 **Kimberly Stoner**
**Spencer Nilsson** amen

9h   Like   Reply   1

 Write a reply...

 **Danny Webb**
Dang. Sorry to hear, I love Tarrant County and desire the best for it and especially you.

11h   Like   Reply   2

 **Craig Jackson**
Husband announced? So is that like official?

11h   Like   Reply   3

 **Gerald Haddock**
Husband did not announce a resignation and of course could not be official. The County contract is with County and Diane. If Husband had done this he would have been interfering with

 Write a comment...    

   2

 Bill's Post   ...

contract is with County and Diane.
If Husband had done this he
would have been interfering with
Diane's contract.

21m   Like   Reply

 Write a reply...

**Terry S. Daffron**
Wow! Not the way I would think Judge
Haddock would want to handle this
matter at all.....just when you think
things can't get any more strange?
Sorry Judge Harris.

11h   Like   Reply           1

**Lisa Katniss Grimaldi**



TENOR

 Write a comment...    

    2 

Bill's Post

11h   Like   Reply

 **Lisa Katniss Grimaldi**
My hug to you

11h   Like   Reply

 Write a reply...

 **Barbara Zimmerman Armstrong**
Wow.  No words for this twist.

11h   Like   Reply    2

 **Courtney Harbaugh Walker**
I'm so sorry to hear that. Sounds weird, I hope that it all works out, we will all have to agree to patience in the upcoming weeks. 

11h   Like   Reply    3

 **Delores Pell**
It is so unfortunate that this situation has come to this.

11h   Like   Reply    1

 Elizabeth Parmer

 Write a comment...    

    2 

< **Bill's Post** • • •

 **Elizabeth Parmer**
I'm so sorry  2

11h   Like   Reply

 **Aaron Benter**
The things that have happened in this race have been disappointing and this is just one more added to that list

11h   Like   Reply    4

 **Kayla Carroll Gertsch**
So sorry Judge. Know we love and support you!

11h   Like   Reply    6

 **Jeff Kaitcer**
I have no words.......unusual for me 

11h   Like   Reply    4

 **Harry Trey Harris III**
I'm very sorry to hear this.  I have respect for you, Judge Haddock, **Leslie Young** and your entire staff. This is not the way things were meant

 Write a comment...  

    2

**‹**   Bill's Post   •••

 **Harry Trey Harris III**
I'm very sorry to hear this.  I have respect for you, Judge Haddock, **Leslie Young** and your entire staff. This is not the way things were meant to happen.

11h   Like   Reply    8

 **Whitney Short Vaughan**
Sorry to hear this,  Judge. 😢

10h   Like   Reply    1

 **Robin McCarty**
I've never seen in my lifetime such crazy stuff in an election....I'm a big fan of you judge and I'm sure you'll make whatever decisions you have to make will be be with the utmost wisdom

10h   Like   Reply    3

 **Cindy Dillard-Ince**
I am so very sorry it has all happened this way-you are in my thoughts and

Write a comment...    GIF    😊

Bill's Post   •••

 **Cindy Dillard-Ince**
I am so very sorry it has all happened this way-you are in my thoughts and prayers

10h   Like   Reply                     7

 **Shannon Pritchard**
I'm with **Craig Jackson** - is that official?!

10h   Like   Reply                     2

View 9 previous replies...

 **Shannon Pritchard**
Judge Harris, my staff and i will do what you need us to do with any cases in your court, and you have my sympathy and support. This is a bad time in our history.

10h   Like   Reply                     4

 **Paul Powers**
**Shannon Pritchard** , I never thought Tom Vick was the bad guy. I just thought it was strange

 Write a comment...    

    2

Bill's Post



**Paul Powers**

**Shannon Pritchard** , I never thought Tom Vick was the bad guy. I just thought it was strange that Mr. Haddock would send the email to him, and not to Judge Harris (or perhaps to Judge Evans as the presiding judge for this region). And strange that it's from him and not from Judge Haddock herself.

8h    Like    Reply

View 9 more replies...

 Write a reply...



**Connie Pyatt-Dryden**

I am so sorry

10h    Like    Reply  1



**Kimberly Stoner**

The whole situation sucks.  I am so sorry Judge Harris!  I am at a loss of words.

Write a comment...     

            

Bill's Post 

prayers

10h   Like   Reply 7

 **Shannon Pritchard**
I'm with **Craig Jackson** – is that official?!

10h   Like   Reply 2

 **Shannon Pritchard**
Well, I've got a high conflict hearing set in her court Tuesday. I really wanted her to hear it. **sigh**

10h   Like   Reply 2

 **Craig Jackson**
**Shannon Pritchard** You either win big or lose big.

10h   Like   Reply 1

 **Paul Powers**
Patricia Baca Bennett , I also wonder whether the state bar president is the correct person to be given notice of resignation.

10h   Like   Reply

Write a comment...  

   2

Ton   LIKE   Reply

 **Paul Powers**
Patricia Baca Bennett , I also wonder whether the state bar president is the correct person to be given notice of resignation.

10h   Like   Reply

 **Shannon Pritchard**
Tom Vick is not any sort of bad guy here, he is just, like most of us, caught in the middle of a mess of one person's doing. I'm distressed over the developments of this political season. I love my home county and hate to see this environment.

10h   Like   Reply                     5

 **Shannon Pritchard**
Judge Harris, my staff and i will do what you need us to do with any cases in your court, and you have my sympathy and support. This is a bad time in our history.

10h   Like   Reply                     4

 Write a comment...        

   

Bill's Post



10h   Like   Reply    5

 **Shannon Pritchard**
Judge Harris, my staff and i will do what you need us to do with any cases in your court, and you have my sympathy and support. This is a bad time in our history.

10h   Like   Reply    4

 **Paul Powers**
**Shannon Pritchard** , I never thought Tom Vick was the bad guy. I just thought it was strange that Mr. Haddock would send the email to him, and not to Judge Harris (or perhaps to Judge Evans as the presiding judge for this region). And strange that it's from him and not from Judge Haddock herself.

8h   Like   Reply

View 5 more replies...

 Write a reply...

 Write a comment...  

   

Bill's Post

him and not from Judge Haddock herself.

8h   Like   Reply

 **Gerald Haddock**
I agree. No resignation sent to Vick. He is a friend and would never do that. Totally improper but was not done. Vick and Harris need to clean up.

19m   Like   Reply

 Write a reply...

 **Connie Pyatt-Dryden**
I am so sorry

10h   Like   Reply    1

 **Kimberly Stoner**
The whole situation sucks.  I am so sorry Judge Harris!  I am at a loss of words.

10h   Like   Reply                     2

 **Lyndsay Newell**
Thinking of you!

 [📷]  Write a comment...                [GIF]  [☺]

          2   

Bill's Post

10h   Like   Reply


**Lyndsay Newell**
Thinking of you!
10h   Like   Reply


Write a reply...


**Vicki Wiley**
This must be painful for you. Keep in mind that is not an actual resignation. You didn't contract with Gerald H. Neither you nor Diane H. contracted with Tom.  Totally inappropriate of Mr. Haddock.

10h   Like   Reply


**Gerald Haddock**
G Haddock did not do
17m   Like   Reply


Write a reply...


**Amie Gardner Jackowski**
Liz Spencer
10h   Like   Reply

 Write a comment...    

          2

Bill's Post



**Amie Gardner Jackowski**
Liz Spencer

10h   Like   Reply



**Kellye Hughes**
You and your court are in my prayers.

10h   Like   Reply                               1



**Kate Hennessey Smith**
So sorry. This has been a really bad
election season and has brought out
the worst in many.

10h   Like   Reply                               2



**Jane Fowler**
The worst part is that we have so
many good judges. Watching this
conflict is so difficult.

9h   Like   Reply                                1



**Gerald Haddock**
Bill, this must be in error. Diane
Haddock has not resigned from her
job as associate Judge in Family Court

   Write a comment...    

    

Bill's Post



**Gerald Haddock**
Bill, this must be in error. Diane Haddock has not resigned from her job as associate Judge in Family Court System. Perhaps something was sent from a stolen website which used an illegal domain name. Please save the the email that was sent for use by  public investigators

9h    Like    Reply



**William Busby**
You post a lot late at night. Are you sure you didn't send that email and are just trying to walk it back now? Dementia does that to a person..so does alcohol.

1h    Like    Reply

 Write a reply...



**Beverly Klaus Stufflebeam**
I'm so confused... what am I missing here...

8h    Like    Reply

 Write a comment...    

   

Bill's Post



**Beverly Klaus Stufflebeam**
I'm so confused... what am I missing here...

8h    Like    Reply



**Gerald Haddock**
Bill, I have explained the miscommunication in a separate email to you. I hope you will post that. I have no authority to speak for Diane and I never resigned on her part and she remains an associate judge and your trusted friend. Thanks, Gerald.

7h    Like    Reply



**Gerald Haddock**
Judge Harris, I have no idea what your telephone call with Tom Vick was about, it appears from your Facebook post that he called you to tell you that I emailed him that Diane had resigned. I did not do that and could not do that. Diane started receiving screen shots of your post in the night. As you know, she is not on Facebook so could not respond. I never said to Tom or anyone

 Write a comment...     

            

**< Bill's Post   •••**

would never put you, the court or the county is such a precarious position as to up and leave without a plan. My goodness, what is happening? I don't speak for her and she does not speak for me, that you have known for our 25 year friendship. You can and always will be able to trust Diane. She speaks her own mind and that you have also known and appreciated.  However, when she speaks she does so verbally and not on social media. She would never have resigned through me to Tom Vick to you via a phone call. That just would not ever happen. I'm so sorry that you were upset by Toms call but I wish you had just picked up the phone and called Diane like you have so many times before. That is generally the method that you two have communicated in the past

6h   Like   Reply

 **Douglas Fejer**
Russians.  1

3h   Like   Reply

 Write a comment...    

   

Bill's Post

3h   Like   Reply



**Lynn Rodriguez**
Curious.

3h   Like   Reply



**Katherine A. Kinser**
Judge, I have been an outsider looking in this whole political season in Tarrant County -- a place I have always loved to practice law.  What has gone on and is continuing is sickening.  I cannot believe it has come to this -- what a waste, what a shame, what a loss.  I am so sorry for your personal loss.  Just so sad.

2h   Like   Reply                                    4

View 1 previous reply...

 **Katherine A. Kinser**
Somehow I think **Tom Vick** is going to get to the bottom of this -- the real low life rock bottom

2h   Like   Reply                           2

   Write a comment...                 

                                        

Bill's Post

View 1 previous reply...

 **Katherine A. Kinser**
Somehow I think **Tom Vick** is going to get to the bottom of this -- the real low life rock bottom

2h    Like    Reply                     2

 **Mike Paddock**
Bet you are correct.

2h    Like    Reply

 **Katherine A. Kinser**
And to think I was pissed about how these crazies got my email address....and had to threaten them to get them to stop emailing me.....

2h    Like    Reply                     1

 **Gerald Haddock**
**Mike Paddock**  how much you want to bet?

18m    Like    Reply

 Write a comment...     

    2 

 Bill's Post

 Write a reply...

**Katherine A. Kinser**
What in the world is going on??
2h   Like   Reply

 **Charla Moore**
This is so embarrassing for everyone who is a Tarrant County Family Lawyer!
2h   Like   Reply                     4

 **Katherine A. Kinser**
sure is
2h   Like   Reply

 **Gerald Haddock**
I agree it is
18m   Like   Reply

 **Katherine A. Kinser**
**Gerald Haddock** And I am so sorry it has now been dumped on you and Diane -- what a mess for everyone impacted

 Write a comment...    

    

< Bill's Post   •••

 **Katherine A. Kinser**
**Gerald Haddock** And I am so
sorry it has now been dumped on
you and Diane -- what a mess for
everyone impacted

9m   Like   Reply

 Write a reply...

 **Gene Sollows**
Based on assertions upthread — this
went from a being a sad ending to a
bitter story — to being just another
nasty twist in the ongoing saga.

I'm afraid it's going to get even worse
now.

2h   Like   Reply

 **Elaine Ryan Shumate**
Wow

2h   Like   Reply

 **William Busby**
**Gerald,** by the length of your

 Write a comment...    

         

Bill's Post



**William Busby**
**Gerald**, by the length of your comments and by you posting all night...me thinks thou dost protest too much!

1h    Like    Reply                              1



**Lisa Katniss Grimaldi**
Gerald you've done nothing but harass people. You sent an email to Tom. It wasn't a call.

1h    Like    Reply



**Gerald Haddock**
William, I appreciate your comments. But I was trying to keep this from getting out of control. At midnight or so when I heard about Bill Harris saying I turned in a resignation for Diane I had no idea what had happened. Since my domain has been stolen along with my identity I thought at first it might be that.  It should be explained to Group as soon as I get Bill or Tom on the line. Diane did not

 Write a comment...         

         

**Bill's Post**

saying I turned in a resignation for Diane I had no idea what had happened. Since my domain has been stolen along with my identity I thought at first it might be that.  It should be explained to Group as soon as I get Bill or Tom on the line. Diane did not resign.

1h    Like    Reply

 **William Busby**
Thank you for the clarification sir.

1h    Like    Reply

 **Gerald Haddock**
Bill Harris knows Diane did not resign and should explain. Hopefully will tune in soon.

12m    Like    Reply

 Write a reply...

 **Lisa Katniss Grimaldi**
Honestly Gerald I'm disappointed by your actions throughout this entire election. You have been nothing but a

 Write a comment...    

   

Bill's Post

 **Gerald Haddock**
Bill Harris knows Diane did not resign and should explain. Hopefully will tune in soon.

12m   Like   Reply

 Write a reply...

 **Lisa Katniss Grimaldi**
Honestly Gerald I'm disappointed by your actions throughout this entire election. You have been nothing but a little tyrant to everyone that supports Judge Munford. Your personal vendetta has caused nothing but pain to those involved. You should be ashamed of your actions.

1h   Like   Reply                                    2

 **Sonya Carrillo**
So sorry for this kind of ending and more childish drama. I'm always here if you need to chat. Take care! 10 more months! 🤗

1h   Like   Reply                                    1

 Write a comment...                 

                         2        

**Bill's Post**



**Lisa Katniss Grimaldi**



1h   Like   Reply

 Write a reply...

 **Elizabeth Parmer**
If she did not resign why in the world would someone write to tom Vick and say she did- and it is easy enough to trace the IP address to verify the sender-Mr. Vick should publish the email. Interesting

1h   Like   Reply                               3

 **Lisa Katniss Grimaldi**
Exactly

1h   Like   Reply

 Write a reply...

 **Gerald Haddock**
Bill Harris. I have tried to call you and got this straightened out. Point blank I

 Write a comment...         

          2   

Bill's Post



**Gerald Haddock**

Bill Harris. I have tried to call you and get this straightened out. Point blank I wrote Tom in response to his civility request that I appreciate what he is doing. At no time did I turn in any form of resignation for AJ. She is not resigning as AJ and that is it. She is not running for District Judge under any circumstances to be clear.

1h    Like    Reply



**William Busby**

Will you publish a screenshot of your email to Tom so we can see what you actually wrote?

1h    Like    Reply             1



**William Busby**

Tom Vick should publish the entire email thread to help establish the real truth and put this matter to bed.

1h    Like    Reply             1

 Write a comment...             

                

Bill's Post

 Write a reply...

 **William Busby**
Tom Vick should publish the entire email thread to help establish the real truth and put this matter to bed.

1h    Like    Reply

 **Lisa Katniss Grimaldi**
It's not Tom's fault he got the email. We leave him out of it

1h    Like    Reply

 **Elizabeth Parmer**
leave him out of what– that email is part and parcel of his position as bar president– presumably Haddock did not write him, if he did, as a friend. It was written from an attorney to Bar president about a matter of public concern and we should get to see it. I am not trying to put Tom in it– he is already there. Transparency

1h    Like    Reply     2

 Write a comment...     

                

Bill's Post

already there.  Transparency

1h    Like    Reply                           2

 **Elizabeth Parmer**
I just asked that privately!!!! Stop
the esp

51m    Like    Reply                           1

 Write a reply...

 **Gerald Haddock**
Ii think I have clarified it if anyone else
has any questions. I have no authority
to do anything for Diane. It would have
taken a phone call to Diane to get any
questions answered. I have been
trying to call both gentlemen to get
the fire fight stopped.  I had no emails
with Harris. Vick had one global re
civility which I responded to, giving
explanation why Diane was giving up
District Judge opportunity. I do not
know what took place between Harris
and Vick.

1h    Like    Reply

Write a comment...                GIF  ☺

             2    

Bill's Post

and Vick.

1h   Like   Reply

 **William Busby**
That story changed just a bit.



59m   Like   Reply

 **Gerald Haddock**
**William Busby** nope. Are you a lawyer?

57m   Like   Reply

 Write a reply...

 **Gerald Haddock**
I am leaving this for Harris and Vick.

 Write a comment...    GIF    

    2 

Bill's Post



**Gerald Haddock**
I am leaving this for Harris and Vick.
You guys get your info from them. I
have told you facts. Diane took art
from Court to put in our new home. I
hope that is ok?  Beginning to look like
I an in a Civil Service exam.

48m    Like    Reply



**Gene Sollows**
So ... we've gone from "someone
hacked me" to "my communication
was misunderstood."

The emails will come out eventually
and we'll all judge for ourselves.  In the
meantime, our local bar and judiciary
are demeaned further by the
ridiculousness.

10m    Like    Reply     2

    **Gerald Haddock**
Gene when I was awakened out of
sound sleep at midnight by a
crying wife the only think I could

 Write a comment...     

            



**Denna Branson**
February 18 at 10:04 AM · Burleson · 

···

Judge **Bill Harris**, I just let my inner Appalachian American roll out right there in your page. Sorry., but he's a mean little man with a Napoleon syndrome I can"t even compare anyone to.

👍 Like                    💬 Comment

 4

 **Lisa Katniss Grimaldi**
Girllllll get him 😂 he is scared of me now apparently

2w   Like   Reply

 **Denna Branson**
He's just a little troll.

2w   Like   Reply

 **Lisa Katniss Grimaldi**
**Denna Branson** mhmmmmmm so is this one

**https://www.facebook.com/**
**TarrantCourtsWatchdog/posts/**

 Write a comment...             

         



**Denna Branson**
February 18 at 10:04 AM · Burleson ·    •••



Girllllll get him 😂 he is scared of me now apparently

2w   Like   Reply



**Denna Branson**
He's just a little troll.

2w   Like   Reply



**Lisa Katniss Grimaldi**
**Denna Branson** mmhmmmmm so is this one

**https://www.facebook.com/ TarrantCourtsWatchdog/posts/ 335228183640132**

2w   Like   Reply



**Denna Branson**
**Lisa Katniss Grimaldi** i saw it

2w   Like   Reply

   Write a reply...

 

[📷]   Write a comment...   GIF   😊

            ☰