**EXHIBIT 10**

FB is one of the most unprofessional things I have ever seen.

Sent as Text Message

Judge, I received the above Facebook screen shot and text from Cindy Mendoza last night sometime. I have not resigned! I have no earthly idea what this is about. Gerald is asleep but I'm trying to wake him up to see what in heaven's name is going on. I just got up to use the bathroom and this is what I saw.

Sent as Text Message

12:30 am
forwarded Cindy Mendoza
text to Harris. My
comments to his FB text/
post are shaded.

page 1 of 4

③

Gerald is awake. I tried to call you. He did not send an email that I resigned. His email was that I didn't run for district judge because of the lack of "civility" in light of "Civility Day." And, Gerald is correct in that statement. You yourself told me not to run (and I took your advice) because "they would tear me apart and I would cry everyday."

For the record Judge, and I hope you will post this, I would never ever resign

page 2 of 4

For the record Judge, and I hope you will post this, I would never ever resign without talking to you first and making a plan.  And would never do so through Gerald or anyone else. It saddens me that you chose to talk about our relationship on Facebook. I hope you call me when you wake up. I am awake now. 😞 😢

Gerald just sent you an email so that you would have an explanation in writing. He copied me.

page 3 of 4