> unprofessional things I have ever seen.

> Tom, hi this is Diane Haddock. I received the above texts from Cindy Mendoza last night. I have not resigned and have no early idea what email Judge Harris is talking about that you received from Gerald. Can you please send it to me? Recently someone made a fake website about Gerald and I worry that there is a fake email too.

Yesterday 4:36 AM

page 1 of 5                                                                 (5)

> The mystery is solved. I hope these texts are not waking you although I've been awak all night. I've been up trying to make heads or tales (pun intended) of this all night. What I have finally learned is that Gerald sent you an email in response to your "civility" letter to the bar acknowledging that there is a big problem with civility right here in your stomping grounds. He said that he would like to talk to you when you have time (I think he thought

~~said that he would like to talk to you when you have~~ time. (I think he thought y'all were friendly that way) about the lack of civility and the damages it causes. He used me as an example that the lack of respect and abuse that we as judges face daily from inside and outside the courthouse is the very reason that I decided not to run for district judge. I would have never been able to physically survive the hateful scrutiny of the election process. Judges should not be elected, for

page 3 8 5

~~should not be elected,~~ for that very reason. He was stating that the lack of civility is exactly what keeps smart, good lawyers from public service-- that is certainly my case and I think the point you were making in your call to civility. It appears that your phone call to Judge Harris (if you read his Facebook post) had the opposite effect of "civility." I hope you call me and talk to me about how this can be remedied because Gerald did not say in the email that I had resigned. I am not the type of person that

page 4 of 5

~~you call me and talk to me about how this can be remedied because Gerald did not say in the email that I had resigned.~~ I am not the type of person that would resign without talking and planning with my boss. I feel like I walked into the middle of a very bad movie. Social media is going wild with comments... I'm going between really sad, shocked, mad and plain resigned to the fact that being civil is just not in the cards, anymore. 😔 Diane

Delivered

Page 5 of 5