**Subject:** No Resignation by by Diane Haddock.
**From:** Gerald Haddock (Gerald@haddockinvestments.com)
**To:** judge233@swbell.net;
**Cc:** tvick@vickcarneylaw.com;
**Date:** Sunday, March 4, 2018 2:03 AM

**EXHIBIT 12**

I have just found the Email I sent Tom Vick in response to his letter to the bar about civility. It appears he sent that email to you and you read it as a resignation on behalf of Diane.  Nothing could be farther from the truth.

I was up half the night trying to figure out what could have made you think Diane had resigned without talking to you. I was certain that my Email had been hacked. Then I remembered a response I made to Tom's letter to lawyers about civility. My response was that civility is a big problem and indicated that Diane had given up being a Judge because of lack of civility. What I should have said was that she had given up on being a district judge when she decided to not run for such a position because of the lack of civility. She even talked to you about that and you told her not to run because of the lack of civility.

However, in no way does she intend to resign as an associate Judge. Further, I have no authority to speak for Diane on the subject and merely made the comment in passing on the issue of lack of civility.

I was merely responding to Toms letter, not resigning on behalf of my wife. I regret my poor choice of words and that it was taken out of context by you and Tom.

Diane would be never resign any position (even as a volunteer) in such an unprofessional manner or without talking to you. And she would never use social media to make any position.

Please correct the social media and accept my apology for any miscommunication on my part. I will try to post something there myself.

Gerald

Sent from my iPhone