Yesterday at 4:15 PM

Friends—Judge Harris has authorized me to post the following on this page:

I want clear any misconceptions about my involvement in the subject matter of the thread posted here Saturday evening. The rules governing my position as president of the State Bar of Texas prohibit me from endorsing any candidate for office. I believe that to be important and have avoided any involvement in any race either in Parker County where I reside or in a number of other counties where I have good friends running for office.

At 6:33 p.m. on Friday March 2, as I was pulling in to my garage, I noticed my phone had been ringing and I had missed a call from Judge Harris. I do not have any cases pending in his court or official business with him, but we have been friends for more than 20 years. We visited about the current political situation

1/4

in Tarrant County and in my view, the unfortunate vitriol pervasive in the Republican primary in the metroplex. At one point the conversation turned to Judge Haddock. He related that he heard I had received an email form Gerald Haddock that touched on her position as the Associate Judge in his court. I told him that in fact I had. But rather than try to recall what it said or to speculate about the content, I asked him to please hold so I could find it and read it to him verbatim, which I did.

To put this in perspective, after my Bar column is published each month, I receive a number of emails about the column sent me through the State Bar server. Those emails are all a matter of public record and are sent to me in batches from the Communications Director. On Thursday evening I received a batch of ten, including one from Gerald Haddock he sent at 9:50 Thursday morning. The complete email is below:

From: Gerald Haddock
Sent: Thursday, March 01, 2018 9:50 AM
To: Webmaster <Webmaster@Texasbar.com>
Subject: RE: A Healthier Civility

Tom, would love to talk sometime, but why didn't we have a day of civility when Diane was being accused of murder and is now giving up being a judge and may be the best one over there. Thanks, Gerald

This is the email I read to Judge Harris. I was not particularly surprised to get the email from Gerald because I have known him for a number of years. I did not respond to it because the question appeared to be rhetorical in nature. I did not forward it further because there was no content that would suggest it should have been. There was nothing to be done with this email in my official capacity or otherwise.

~~Neither I nor the State Bar has any authority~~ 3/

was being accused of murder and is now giving up being a judge and may be the best one over there. Thanks, Gerald

This is the email I read to Judge Harris. I was not particularly surprised to get the email from Gerald because I have known him for a number of years. I did not respond to it because the question appeared to be rhetorical in nature. I did not forward it further because there was no content that would suggest it should have been. There was nothing to be done with this email in my official capacity or otherwise.

Neither I nor the State Bar has any authority or jurisdiction over the District Court, its judges or employees. I regret any confusion or consternation over this communication. And I apologize for any misunderstanding of the role of the bar in the matter.

👍 Bill Harris and 16 others                5 Comments