

**Bill Harris**
Yesterday at 4:32 PM · 

**EXHIBIT 15**
•••

I talked to Diane Haddock today and got some good news. Diane has not resigned, retired, or been kidnapped by aliens. The rumors of her departure as the AJ of the 233rd were untrue, unfounded, inaccurate or a combination of those.

👍 Like          💬 Comment

 **MarkDebra Lane and 47 others**

 **Dale E. Young**
Great!!
14h   Like   Reply

 **Douglas Fejer**
Greatest Facebook post ever. Glad all is well.
14h   Like   Reply

 **Micheal Schneider**
I don't like seeing rumors, innuendo, lies, or dirty tricks end anyone's career or tarnish their reputation.

 Write a comment...    GIF  😊   ➤

          7