# EXHIBIT 16



**Patricia Baca Bennett**
Yesterday at 7:57am

Apparently Diane Haddock has not resigned. I don't understand.

👍 Like          ➥ Share

6

**William Busby**
I think her husband sent an email and is now trying to walk it back. At this point in the game, I don't know how Judge Haddock is putting up with this. So sorry that her and the district judges are going through this.            2

..ill AT&T LTE    10:26 AM    100%

🔒 facebook.com


**Patricia Baca Bennett**
No idea

2 mins   Like   More


**Paul Enlow**
I think Judge Harris should just accept that email resignation and end the craziness.

👍 2

on Sun   Like   More


**Patricia Baca Bennett**
I honestly believe they are pushing us to fire her.

😮 1

on Sun   Like   More


**Paul Enlow**
I suspected the same thing.

on Sun   Like   More


**Faith Bussey**
Why would they push for y'all to fire her? (I personally believe she should be fired, but I don't understand the strategy on their part.)

page 3 8 9
https://mail.yahoo.com/    3/5/2018

🔒 facebook.com



**Kris Shafer**

What's going on? I'm out of the loop I guess!

21 hrs   Like   More



**Patricia Baca Bennett**

Associate Judge Diane Haddock started moving her framed flags and art out of the Courthouse Wednesday fueling rumors that she was going to resign. Then a strange email was allegedly sent by Gerald Haddock to the president of the State Bar of Texas. The email was rumored to have said that due the corruption in the election process is wife is resigning. At first, Mr. Haddock said he did not send the email. Then he said the email was about corruption, and he didn't resign on behalf of his wife. Diane Haddock apparently talked to the former Associate Judge of Judge Wells, who put on her Facebook that she had personally talked to Judge Haddock and she had not

resigned. No one bothered to talk to Bill Harris, her supervising. The State Bar President was put in the awkward position of telling him. This is painful and atypical of an otherwise great bench and bar.    2

21 hrs   Like   More

 Carol Ann Birdwell

🔒 facebook.com

**Carol Ann Birdwell**

**Patricia Baca Bennett** this is so bizarre.

👍 2

13 hrs   Like   More

**Patricia Baca Bennett**

It is embarrassing   👍 2

13 hrs   Like   More

**Carol Ann Birdwell**

**Patricia Baca Bennett** call me naive, but if my husband were doing what GH has been doing, there'd be problems at my house.

👍 3

13 hrs   Like   More

**Patricia Baca Bennett**

Oh yeah   👍 1

13 hrs   Like   More

**Tom Quinones**

Any resignation should come from the officeholder/placeholder. This has overtones and background information





facebook.com

13 hrs   Like   More

 **Patricia Baca Bennett**
Oh yeah    1

12 hrs   Like   More

 **Tom Quinones**
Any resignation should come from the officeholder/placeholder. This has overtones and background information we don't know I think any move now must be from Judge Haddock as to the validity or not of her current status.    2

14 hrs   Like   More

 **Tom Quinones**
Seems that if this bizarre, unorthodox, a sign of confusion and an acknowledgment of possible defeat, or if its a definite act towards resignation; it still seems to require the same response. Serious or not, no response is the best action. Judge Haddock, not her husband, should be the one to explain. This is strange to say the least, and the timeliness is questionable as well.    1

12 hrs   Like   More

 **Aaron Robb**

This whole election cycle has inspired very little confidence in so many ways. Whatever is going on I hope there is a concerted effort to restore people's faith in our judiciary in some meaningful way.    1

pase 8 y 9

https://mail.yahoo.com/                                              3/5/2018

in our judiciary in some meaningful way.  1

10 hrs    Like    More

 **Paul Powers**

Bill Harris posted yesterday that had talked with her, and she is not resigning.

2 hrs    Like    More