EXHIBIT 18

































