4/18/2018                                                                 Did Gerald Haddock Have a Love Child?



Haddock has also discovered a newfound conservative streak...commenting on posts by NE Tarrant Tea Party and Julie McCarty, claiming 1st person status to tea party positions he has never espoused these positions before. Not only that, he has shown the exact opposite. Take eminent domain. Haddock posted that the TRWD's use of eminent domain is great... and that without it we would have no Disney World. No one is sure what the connection is other than it demonstrates Haddock's adherence to big government and disdain for private property rights. He is no grassroots conservative he now attempts to sell himself as.

Why is Gerald Haddock doing all this? It's a personal vendetta to him. Gerald Haddock's wife Dianne Haddock is an associate Judge in the Tarrant County family court. As is normal for any work place, Dianne has some work place clashes. Welcome the mess we are seeing now.

It's not about conservative or liberal. He doesn't have a moral compass like activists do. He just wants to win at all costs, show how powerful and important he is, and protect his wife's job. The problem is those he opposes are not necessarily perfect either, but reforming our courts is the work of all of us, not just a bored disgruntled man with his own agenda and an axe to grind. We have a lot of work to do in the Tarrant County family courts... Get to work folks, we have some judges to turn over.