iMessage
Tuesday 11:12 PM

3-6-18
Text from
Charla Moore

I guess you will be really happy with the results of the race you and Gerald manipulated. Good luck with Kenneth in the years ahead since you are not, would not and did not resign!!!

The sender is not in your contact list.
Report Junk