March 8, 2018 Meeting w/ Judge Bacon-Bennett

I went to the family courts to have Judge Wells sign a show cause order. Judge Wells was not in so I looked for other district Judges. When I went back to 5th floor after trying Judge Berger & Judge Harrigan, I noticed Judge Bacon Bennett was in. I entered her court & mistakenly asked her if she would sign a show cause out of the 322nd as I had last tried that court. I corrected my mistake & let her know the case was a 325th case. She said yes & I handed her the file. She then said something to the effect of: "I heard something about you representing Gerald Haddock, tell me that's not true." I told her it was true but as I was saying it she asked me if GH was insane or delusional. I told her no, & she went into claiming GH had spent $300K to smear Judge Munford. I explained I have no idea about GH's political endeavors & told her she was the 4th person who had alleged GH had spent his money & their figures didn't match each other. She told me GH attempted to hide the $ through a PAC but didn't do a good job. I advised her that I speak for myself & GH does for himself, & his politics, whatever they are, are his. She then told me she heard GH was going to file defamation claims, including against her & said she hoped he would do so. She claimed that if GH did sue, she would use the SLAPP statute

to defend it & he would be paying her money just like Lori DeAngelis & Jennifer Olson suit. I advised her I had not filed any defamation suits in my entire legal career. She advised me that if she were sued for defamation by GH & prevailed on her SLAPP motion she would use the money for tuition at Nolan Catholic. She also asked me if I still worked w/ David Cook & I advised her I left his office in 2010. She asked me if I knew Kimberly Fitzpatrick & I said yes. We discussed the possibility of my returning to work with David Cook if Kimberly was elected to 342nd, & she told me she did not like Kimberly because Kimberly had unfriended her on some social media platform during her election to the 360th. We discussed the & I discussed my lack of participation in the family court politics over my 20 years, my never being in the family law bar & my belief that judges should not hear cases involving lawyers who have contributed to their campaigns. She disagreed & I gave her an example of a case I recently had where @ 1 week after ruling my client could enroll her child in school based on her residence, the opposing party hired a new attorney who was campaigning for the same judge, & somehow his enrollment decision was reversed. I advised Judge Baca that though I don't personally believe anything unethical happened, the appearance to my clients was otherwise. Judge Baca also asked me why Judge Hadlock would

not resign. I advised her I had no idea what she was referring to & she then told me about Judge Harris posting on Facebook that Judge Hubbck had resigned through her husband emailing Tim Vick. Judge Baca also asked me if I'd like to be a judge & I advised her that with all the dirty politics brings I'd never survive an election, to which she stated if she could be elected with her past she so could I. I then told her of my step-mother having my brother, a neighbor & I light some house on fire when I was in 3rd grade in Las Vegas & joked that would make me ineligible. During our conversation, I also mentioned not having health insurance & she suggested I take one class each semester at UTA & then buy their health insurance. Also, when I told her I work, like most lawyers, so I can pay my bills & the ~~scribbled~~ said I should try & go work for Pat Gallagher's office ~~scribbled~~ as he will win the 348rd, or Jeff Kaiser's firm as he is going to be Munford's Asso. Judge if he wins. Also in the courtroom this entire time was her bailiff & court reporter ~~scribbled~~ I believe there was an attorney present for part of the conversation but I don't know who. I say it was an attorney as their conversation mentioned other court cases they were involved with so I assume it was a lawyer. And Judge Baca told me that PPC was angry with her about something, but didn't give any details. I did tell her the entire family court was like high school

with all of its drama, I told her about a time I was in Bexar County & had a lawyer I didn't even know ask me what was going on in the TCFBA as he heard about some wild drinking/sexual misconduct at some seminar. Trying to fit this crazy conversation, I stated that at least with the primary being over things will calm down. Judge Baca answered that she'd heard GH is going to continue his efforts against Manfred by supporting Judge Hicks. I advised I would doubt GH would turn Democrat but had no idea. When she asked me how I could work for GH as she claimed GH is an evil man & a bully, I advised her & believe God has me in GH's life for a reason & GH in my life for a reason. When discussing the pt dist, Judge Baca told me that Pat Gallagher had won some multimillion dollar cases & they could outspend Kimberly. I again told her I greatly respected KF as I personally knew how hard she works & how smart she is & how much of a fighter she is, & that I didn't know Gallagher so I had no opinion of him.

Statement of Patrick L. Dooley

March 8, 2018 Meeting with Judge Baca-Bennett

I went to the family courts to have Judge Wells sign a show cause order. Judge Wells was not in so I looked for other district judges. When I went back to the 5th floor after trying Judge Berger and Judge Hennigan, I noticed Judge Baca-Bennett was in. I entered her court and mistakenly asked her if she would sign a show cause out of the 322nd as I had last tried that court. I corrected my mistake and let her know the case was a 325th case. She said yes and I handed her the file. She then said something to the effect of: "I heard something about you representing Gerald Haddock, tell me that's not true." I told her it was true but as I was saying it she asked me if Gerald Haddock was insane or delusional. I told her no, and she went into claiming that Gerald Haddock had spent $300,000 to smear Judge Munford. I explained I have no idea about Gerald Haddock's political endeavors and told her she was the 4tyh person who had alleged Gerald Haddock had spent his money and their figures didn't match each other. She told me Gerald Haddock attempted to hide the money through a PAC but didn't do a good job. I advised her that I speak for myself and Gerald Haddock does for himself and his politics, whatever they are, are his. She then told me she heard Gerald Haddock was going to file defamation claims, including against her and said she hoped he would do so. She claimed that if Gerald Haddock did sue, she would use the SLAPP statute to defeat it and he would be paying her money, just like the Lori DeAngelis and Jennifer Olson suit. I advised her I had not filed and defamation suits in my entire legal career. She advised me that if she was sued for defamation by Gerald Haddock and prevailed on her SLAPP motion she would use the money for tuition at Nolan Catholic. She also asked me if I still worked with David Cook and I advised her I left his office in 2012. She asked me if I know Kimberly Fitzpatrick and I said yes. We discussed the possibility of my returning to work with David Cook if Kimberly was elected to the 342nd and she told me she did not like Kimberly because Kimberly had unfriended her on some social media platform during her election to the 360th. I discussed my lack of participation in the family court politics over my 20 years, my never being in the family law bar and my belief that judges should not hear cases involving lawyers who have contributed to their campaigns. She disagreed and I gave her an example of a case I recently had where at one week after ruling my client could enroll her child in school based on her residence, the opposing party hired a new attorney who was campaigning for the same judge, and somehow his enrollment decision was reversed. I advised Judge Baca that though I didn't personally believe anything unethical happened, the appearance to my clients was otherwise. Judge Baca also asked me why Judge Haddock would not resign. I advised her I had no idea what she was referring to and she then told me about Judge Harris posting on Facebook that Judge Haddock had resigned through her husband emailing Tom Vick. Judge Baca also asked me if I'd like to be a judge and I advised her that with all the dirt politics brings I'd never survive an election, to which she stated if she could be elected, with her past then so could I. I then told her of my stepmother having my brother, a neighbor and I light some houses on fire when I was in third grade in Las Vegas and joked that would make me ineligible. During our conversation, I also mentioned not having health insurance and she suggested I take one class each semester at UTA and then buy health insurance. Also, when I told her I work, like most lawyers, so I can pay my bills she said I should try to go to work for Pat Gallagher's office as he will win the 342nd, or Jeff Kaitcer's firm as he is going to be Munford's Associate Judge if he wins.

Also in the courtroom this entire time was her bailiff and court reporter. I believe there was an attorney present for part of the conversation but I didn't know who. I say it was an attorney as their conversation regarded other court cases they were involved with so I assumed it was a lawyer. And, Judge Baca told me that PPC was angry with her about something, but didn't give any details. I didn't tell her the entire family court was like high school with all of its drama. I told her about a time I was in Bexar County and had a lawyer I didn't even know ask me what was going on in the Tarrant County Family Bar Association as he had heard about some wild drinking/sexual misconduct at some seminar. Trying to end this crazy conversation, I stated that at least with the primary being over things will calm down. Judge Baca answered that she'd heard Gerald Haddock is going to continue his efforts against Munford by supporting Judge Hicks. I advised I would doubt Gerald Haddock would turn Democrat but had no idea. When she asked me how I could work for Gerald Haddock, as she claimed Gerald Haddock is an evil man and a bully, I advised her I believe God has me in Gerald Haddock's life for a reason, and Gerald Haddock in my life for a reason. When discussing the 342nd, Judge Baca told me that Pat Gallagher had won some multimillion dollar cases and he could outspend Kimberly. I again told her I greatly respected Kimberly Fitzpatrick as I personally know how hard she works, how smart she is and how much of a fighter she is, and that I didn't know Gallagher so I had no opinion of him.