

**Patricia Baca Bennett** shared **James B Munford for Judge**'s video.
February 24 at 10:22 PM

**EXHIBIT 6**

1w Like    👍 2



**Denna Branson**
100% agree. I guess when you start making your own dirt up. You scream desperation. Can't imagine wanting a job that badly. I mean the opposing candidate does need to take care of those tax issues.

1w Like



**Patricia Baca Bennett**
It isn't just her it is the millionaire wanting to control the family courts in Tarrant County.

1w Like



**Denna Branson**
**Patricia Baca Bennett** how well I know!

1w Like