**Subject:** Fwd: Broken

**From:** judgehaddock@yahoo.com (judgehaddock@yahoo.com)

**To:** judgehaddock@yahoo.com;

**Date:** Monday, March 5, 2018 11:31 AM

**EXHIBIT 14**

Sent from my iPhone

Begin forwarded message:

> **From:** WILLIAM HARRIS <judge233@icloud.com>
> **Date:** March 2, 2018 at 9:03:31 PM CST
> **To:** Diane Haddock <judgehaddock@yahoo.com>
> **Subject: Broken**
>
> https://youtu.be/RB-RcX5DS5A