**EXHIBIT 23**

