EXHIBIT 24

# Tarrant County



**An Equal Opportunity Employer**

Revised November 2016

# INTRODUCTION

A hearty welcome is extended to all new employees as you enter into your new responsibility of serving the citizens of Tarrant County. The quality of your work as well as your conduct on the job is subject to public approval. It is up to individual employees to retain their position as a result of their good performance, proper attitude and responsible action for the tax dollar.

Every organization must follow a set of guidelines designed to help it operate on a day-to-day basis. Tarrant County has developed a set of policies and procedures to guide the performance of work. This handbook is meant to be a brief summary of the present policies and procedures, as well as the benefits which concern Tarrant County employees. These policies are only guidelines. The policies, procedures and other information contained in this handbook are subject to change at anytime due to business needs. This handbook is not a contract guaranteeing employment for any specific duration. The provisions herein do not constitute a contract of employment, nor any other binding agreement.

The policies stated in this handbook are subject to change at the sole discretion of Tarrant County without prior notice. From time to time, you may receive updated information concerning changes in policies or procedures. References will be made to the appropriate documents that contain detailed policies and procedures on significant matters covered in the handbook.

Future handbook updates will be available on Tarrant County's employee website.

1

## TARRANT COUNTY GOVERNMENT

Tarrant County has dual government roles of enforcing state laws within its boundaries and looking after the particular interests of local citizens. Its authority is derived from the Texas Constitution and from state laws.

The County government is governed by the Commissioners Court and approximately 75 other elected officials. The Commissioners Court consists of the County Judge and four Commissioners. This governing body takes care of functions not assigned to other officials. This is also the budget setting body of the County.

The County Judge is the presiding member of the County Commissioners Court and is also the administrative head and Chief Elected Official of the County.

All elected officials serve four (4) year terms. Their partisan elections are staggered so that about half of them are up for re-election every two years. They are responsible for specific duties assigned to each of them.

**HARASSMENT**

It is against Tarrant County policy for any employee or non-employee who deals directly with the County, to display conduct which has the purpose or effect of unreasonably interfering with work performance of others or creating a hostile, intimidating or offensive work environment for others based upon harassment attributable to gender, race, national origin, citizenship, age, religious preference, physical or mental disability, veterans status or on the basis of genetic information. It is against County policy for any employee or official to make unwelcome sexual advances toward another employee or to take part in any personal actions against anyone who rejects of a sexual favor, or who alerts proper officials of any sexual harassment. Employees who feel they have been harassed in violation of this County policy should report such violations to their supervisor, department head, elected official and/or the County Administrator's Office pursuant to the Tarrant County Sheriff's Department Civil Service Rules or the Tarrant County Civil Service Rules. Upon receiving a report of a violation of this policy, an investigation of the allegations will be commenced and be followed to a logical conclusion as an administrative remedy. Violators of this policy may be subject to disciplinary, administrative, or legal action.

**CODE OF CONDUCT**
**SOLICITATIONS AND POLITICAL SERVICE**

Tarrant County employees are not permitted to solicit funds for any purpose without the express permission of the Department Head. No employee shall be required to participate in political service or related activity as a condition to obtain or retain their job, nor will they be disciplined, terminated, or deprived of any rights for such refusal to participate in political service, contribution, etc. Refer to the Service Civil Rules for detailed information.

**THEFT/MISUSE OF COUNTY PROPERTY OR SERVICES**

Any form of theft or misuse of Tarrant County property or services will be considered a serious violation of the Code of Conduct. Any employee or official guilty of such an offense may be subject to disciplinary action or dismissal depending on the severity of the incident.

**WORKPLACE VIOLENCE POLICY**

Threats or assaults occurring on County premises will be considered workplace violence, regardless of the relationship between the parties. Similar acts occurring off County premises involving someone who is acting in the capacity of a representative of the County will also be considered workplace violence. It is the responsibility of all persons associated with the County to refrain from acts of violence and seek assistance to resolve personal issues that may lead to acts of violence in the workplace. Employees are expected to promptly report any violence (or threat of violence) to managers or supervisors as outlined in the Tarrant County Civil Service Rules or the Sheriff's Department Civil Service Rules.