IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DIANE SCOTT HADDOCK,<br>    Plaintiff | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:18-cv-00817-O |
| | § | |
| TARRANT COUNTY, TEXAS and<br>PATRICIA BACA-BENNETT<br>    Defendants | §<br>§<br>§ | |

### DEFENDANT TARRANT COUNTY, TEXAS' APPENDIX OF DOCUMENTS IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (DOC. 14) AND BRIEF IN SUPPORT

### INDEX

**TC EXHIBIT**

**1.**   Enlarged & Legible copy of *Order of Appointment* (attached at Doc. 14-18)

*/s/ M. Keith Ogle*
**M. KEITH OGLE**
State Bar No. 24037207
Assistant Criminal District Attorney
**DAVID K. HUDSON**
State Bar No. 10151150
Assistant Criminal District Attorney

SHAREN WILSON
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

Tarrant County Criminal District Attorney's Office
Tim Curry Criminal Justice Center
401 W. Belknap, 9th Floor – Civil Division
Fort Worth, Texas 76196
817-884-1233 – Telephone
817-884-1675 – Facsimile
E-Mail: mkogle@tarrantcountytx.gov
E-Mail: dkhudson@tarrantcountytx.gov

**ATTORNEYS FOR DEFENDANT
TARRANT COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document was served upon the following parties in accordance with the provisions of Rule 5, FED. R. CIV. P., on December 20, 2018:

| | |
|---|---|
| **Walter L. Taylor**<br>**The Hart Law Firm**<br>6630 Colleyville Blvd., Suite 100<br>Colleyville, Texas  76034<br>----------<br>P.O. Box 164067<br>Fort Worth, Texas  76161<br>**ATTORNEY FOR PLAINTIFF**<br>**DIANE SCOTT HADDOCK** | *Via E-mail and CM/ECF electronic transmission:* Wtaylor@thehartlawfirm.com |
| **Benjamin Walton**<br>**Assistant Attorney General**<br>General Litigation Division<br>Office of the Attorney General<br>300 W. 15th Street<br>Austin, Texas  78701<br>----------<br>P.O. Box 12548<br>Austin, Texas  78711-2548<br>**ATTORNEY FOR DEFENDANT**<br>**PATRICIA BACA BENNETT** | *Via E-mail and CM/ECF electronic transmission*: Benjamin.Walton@oag.texas.gov |

*/s/ M. Keith Ogle*
**M. KEITH OGLE**

**CIVIL ACTION NO. 4:18-CV-00817-O**

**DIANE SCOTT HADDOCK vs. TARRANT COUNTY, TEXAS AND PATRICIA BACA-BENNET**

**DEFENDANT TARRANT COUNTY, TEXAS' APPENDIX OF DOCUMENT(S) IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (14) AND BRIEF IN SUPPORT**

# TC EXHIBIT 1

(Not Docketed)

| | | |
|---|---|---|
| IN THE MATTER OF | * | IN THE DISTRICT COURT |
| | * | |
| DIANE HADDOCK | * | TARRANT COUNTY, TEXAS |

## ORDER OF APPOINTMENT

On October 9, 1998, it was proposed that Diane Haddock be appointed Associate Judge of the District Courts hearing family law matters in Tarrant County, Texas.

After consideration of the proposed appointment, IT IS ORDERED that the proposal is approved and Diane Haddock is appointed Associate Judge of the District Courts hearing family law matters in Tarrant County, Texas.

_____  
Judge, 231st District Court  
Date 10.13.98

_____  
Judge, 233rd District Court  
Date October 9, 1998

_____  
Judge, 322nd District Court  
Date 10/15/98

_____  
Judge, 323rd District Court  
Date 10-15-98

_____  
Judge, 324th District Court  
Date

_____  
Judge, 325th District Court  
Date 10-22-98

_____  
Judge, 360th District Court  
Date 10-13-98

**TC EXHIBIT 1**