|  | (Not Docketed) | **EXHIBIT 25** |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
|  | § |  |
| DIANE HADDOCK | § | TARRANT COUNTY, TEXAS |

## ORDER OF TERMINATION

On January 4, 2019 it was proposed that the appointment of Diane Haddock as Associate Judge of the District Courts hearing family law matters in Tarrant County, Texas be terminated.

After consideration of the proposed termination, IT IS ORDERED that the proposed termination is approved, and the appointment of Diane Haddock as Associate Judge of the District Courts hearing family law matters in Tarrant County, Texas is terminated.

_____
Judge 231st District Court
Date: 1-4-19

_____
Judge 233rd District Court
Date: 1/4/2019

_____
Judge 322nd District Court
Date: _____

_____
Judge 324th District Court
Date: 1/4/18

_____
Judge 325th District Court
Date: 1-4-19

_____
Judge 360th District Court
Date: _____