IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DIANE SCOTT HADDOCK,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:18-cv-00817-O |
| **TARRANT COUNTY, TEXAS, PATRICIA BACA-BENNETT, KENNETH EARL NEWELL, JESUS NEVAREZ, JR. HONORABLE JUDITH WELLS, JEROME S HENNIGAN, JAMES B MUNFORD, and ALEX KIM,** | § § § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

In accordance with the Court's November 11, 2019 Order, the Court **GRANTS** all Defendant Judges' motion to dismiss without prejudice pursuant to Rule 12(b)(1), in part, and further **GRANTS** their motion to dismiss pursuant to Rule 12(b)(6) with prejudice. Additionally, the Court **GRANTS** Tarrant County's motion to dismiss with prejudice pursuant to Rule 12(b)(6) for failure to state a claim. Finally, Plaintiff's § 1983 claim against Judge Baca-Bennett in her individual capacity is hereby **DISMISSED** with prejudice based on qualified immunity.

**SIGNED** on this **11th day** of **November, 2019.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1