TRANSCRIPT ORDER FORM (DKT-13) **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court <u>United States District Court, Northern District of Texas, Fort Worth Division</u>   District Court Docket No. <u>4:18-cv-00817-O</u>

Short Case Title <u>Diane Scott Haddock v. Tarrant County, Texas, et al.</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>N/A</u>

Date Notice of Appeal Filed in the District Court <u>December 10, 2019</u>   Court of Appeals No. <u>19-11327</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

■ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

Check all of the following that apply, include date of the proceeding.

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
■ Other <u>N/A - No hearings, therefore no transcript exists or is needed</u>

Signature _____   Date Transcript Ordered <u>December 24, 2019</u>
Print Name <u>Walter L. Taylor</u>   Phone <u>817-329-7020</u>
Counsel for <u>Diane Scott Haddock</u>
Address <u>6630 Colleyville Boulevard, Suite 100, Colleyville, Texas 76034</u>
Email of Attorney: <u>WTaylor@thehartlawfirm.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____ Signature of Reporter _____