ORIGINAL

FILED
June 3, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 18, 2021
Lyle W. Cayce
Clerk

No. 19-11327

Diane Scott Haddock,

*Plaintiff—Appellant*,

*versus*

Tarrant County, Texas; Patricia Baca-Bennett; Kenneth Earl Newell; Jesus Nevarez; Jr.; Honorable Judith Wells; Jerome S. Hennigan; James B. Munford; Alex Kim,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:18-CV-817-O

---

Before Clement, Ho, and Duncan, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 19-11327

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Jun 03, 2021**

Attest:

**Clerk, U.S. Court of Appeals, Fifth Circuit**