ORIGINAL    Case: 19-11327    Document: 00515886363    Page: 1    Date Filed: 06/03/2021
Case 4:18-cv-00817-O   Document 48-1   Filed 06/03/21   Page 1 of 1   PageID 1007

RECEIVED
By Tamara Ellis at 4:14 pm, Jun 03, 2021

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 03, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 19-11327   Haddock v. Tarrant
                      USDC No. 4:18-CV-817-O

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Mary Frances Yeager, Deputy Clerk
                        504-310-7686

cc:  Mr. Melvin Keith Ogle
     Ms. Lanora Christine Pettit
     Mr. Walter L. Taylor
     Mrs. Natalie Deyo Thompson
     Mr. Benjamin Walton