RECEIVED

DEC 1 3 2021

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 10, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

        No. 19-11327    Haddock v. Tarrant
                        USDC No. 4:18-CV-817

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Sabrina B. Short*
                    By: _____
                    Sabrina B. Short, Deputy Clerk
                    504-310-7817

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 6, 2021

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

      Re:  Diane Scott Haddock
           v. Tarrant County, Texas, et al.
           No. 21-564
           (Your No. 19-11327)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

U.S. COURT OF APPEALS
RECEIVED
DEC 06 2021
FIFTH CIRCUIT